# Order

Michigan Supreme Court
Lansing, Michigan

July 23, 2008

Clifford W. Taylor,
Chief Justice

136324

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

WILLIE WRIGHT,
              Plaintiff-Appellee,

v

MICRO ELECTRONICS, INC.,
              Defendant-Appellant,
and

TONY NUNEZ and FRANK ANGELUCCI,
              Defendants.

SC: 136324
COA: 274668
Oakland CC: 2003-050906-NO

_____/

On order of the Court, the application for leave to appeal the March 18, 2008 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE in part the judgment of the Court of Appeals and we REMAND this case to the Oakland Circuit Court for reinstatement of the circuit court's summary disposition order. The Court of Appeals erred by reinstating the plaintiff's defamation and false light invasion of privacy claims where the plaintiff consented to the ongoing posting of the allegedly offending material, *Smith v Calvary Christian Church,* 462 Mich 594 (1985), and where the plaintiff admitted that the material was intended as and was taken as a "joke" perpetrated by a co-worker. The Court of Appeals erred by reinstating the plaintiff's negligence and intentional infliction of emotional distress claims, where these are personal injury claims barred by the exclusive remedy provision of the Worker's Disability Compensation Act, MCL 418.131(1), and the plaintiff has presented no evidence that the defendant employer intended to injure the plaintiff or had actual knowledge that an injury was certain to occur and willfully disregarded that knowledge. *Travis v Dreis & Krump Mfg Co,* 453 Mich 149 (1996).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 23, 2008

_____
Clerk

l0716